**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1974**

_____

MAURICE DOSSO,

        Plaintiff - Appellant,

    v.

PLANET HOME LENDING, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cv-00125-GMG-RWT)

_____

Submitted:  November 25, 2025                Decided:  December 1, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Maurice Dosso, Appellant Pro Se.  Carrie Goodwin Fenwick, GOODWIN & GOODWIN, LLP, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Dosso appeals the district court's order granting Defendant's motion for summary judgment and dismissing his case with prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny all pending motions and affirm the district court's order. *Dosso v. Planet Home Lending, LLC*, No. 3:24-cv-00125-GMG-RWT (N.D. W. Va. Aug. 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*